BRYN KELSEY, Respondent, v AILEEN McNALLY, Appellant.

Submitted February 22, 2011; decided April 28, 2011

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division entered in this action commenced in a Justice Court (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).

---

In the Matter of LEON R. KOZIOL, a Suspended Attorney, Appellant. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Respondent.

Submitted January 31, 2011; decided April 28, 2011

Motion, insofar as it seeks leave to appeal from the February 2010 order of the Appellate Division, Fourth Department, dismissed as untimely (*see* CPLR 5513 [b]); motion, insofar as it seeks leave to appeal from the September 2010 order of the Appellate Division, Third Department, denied. Motion for a stay dismissed as academic.

Chief Judge LIPPMAN taking no part.

---

In the Matter of JEAN OCCHIOGROSSO et al., Appellants, v NEW YORK STATE OFFICE OF CHILDREN AND FAMILY SERVICES et al., Respondents.

Submitted March 7, 2011; decided April 28, 2011

Motion for reargument of motion for leave to appeal denied [*see* 16 NY3d 703 (2011)].